FILED
APR 02 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 04cr3105-LAB |
| Plaintiff, ) | |
| ) | PRELIMINARY ORDER |
| v. ) | OF CRIMINAL FORFEITURE |
| ) | |
| ELDRICK JENKINS, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of the above-named Defendant pursuant to 21 U.S.C. § 853 as property constituting and derived from proceeds the Defendant obtained directly or indirectly as the result of the commission of the violation of Title 21, United States Code, Sections 846 and 841(a)(1) as charged in the Superseding Information; and

WHEREAS, on or about August 11, 2006, the above-named Defendant, ELDRICK JENKINS ("Defendant"), pled guilty before Magistrate Judge Anthony J. Battaglia to Count 1 of the Superseding Information, and on April 2, 2007, this Court accepted the guilty plea of Defendant, which plea included consent to the criminal forfeiture allegation pursuant to Title 21 as set forth in Count 1 of the Superseding Information; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited property and the offense; and

///

1    WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of
2    said property, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal
3    Procedure; and
4    WHEREAS, pursuant to Rule 32.2(b)(3), the United States having requested the authority
5    to take custody of the following property which was found forfeitable by the Court, namely:
6    **$20,766 in U.S. Currency; and**
7    WHEREAS, the United States, having submitted the Order herein to the Defendant through
8    his attorney of record, to review, and no objections having been received;
9    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
10   1.    Based upon the guilty plea of the Defendant, the United States is hereby authorized
11   to take custody and control of the following asset, and all right, title and interest of Defendant
12   ELDRICK JENKINS in the following property are hereby forfeited to the United States for
13   disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):
14   **$20,766 in U.S. Currency.**
15   2.    The aforementioned forfeited asset is to be held by the United States Marshals
16   Service in its secure custody and control.
17   3.    Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin
18   proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights
19   of third parties.
20   4.    Pursuant to 21 U.S.C. § 853(n), the United States forthwith shall publish, at least
21   once for three successive weeks in a newspaper of general circulation, notice of this Order, notice
22   of the Marshals Service's intent to dispose of the property in such manner as the Attorney General
23   may direct, and notice that any person, other than the Defendant, having or claiming a legal interest
24   in the above-listed forfeited property must file a petition with the Court within thirty (30) days of
25   the final publication of notice or of receipt of actual notice, whichever is earlier.
26   5.    This notice shall state that the petition shall be for a hearing to adjudicate the validity
27   of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of
28   ///

perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED: 4-2-07

LARRY A. BURNS, Judge
United States District Court

Submitted by:

KAREN P. HEWITT
United States Attorney

PETER KO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
E-mail: peter.ko@usdoj.gov

Preliminary Order Criminal Forfeiture
U.S. v. ELDRICK JENKINS
Case No. 04cr3105-LAB